**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00056-CV

**COLUMBIA NORTH HILLS HOSPITAL, SUBSIDIARY, L.P., INDIVIDUALLY AND A/K/A AND D/B/A NORTH HILLS HOSPITAL, Appellant**

**V.**

**TONI GAIL TUCKER, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15031**

## ORDER

We **GRANT** appellant's February 14, 2014 unopposed motion for an extension of time to

file a brief.  Appellant shall file a brief on or before **MARCH 4, 2014**.

/s/      ADA BROWN
             JUSTICE